**Order entered October 27, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01206-CV

**ANITA KANE, Appellant**

**V.**

**KATHY BRADY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04125-E**

## ORDER

Before the Court is appellant's October 26, 2017 motion requesting an exemption from payment of this Court's filing fee. We **GRANT** the motion. Appellant may proceed without payment of the appellate filing fee.

/s/    ELIZABETH LANG-MIERS
        JUSTICE